**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO. 09-CR-20264-KING/GARBER**

UNITED STATES OF AMERICA,

v.

TARVUS DANIELS,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon Magistrate Judge Barry L. Garber's

February 1, 2012 Report and Recommendation (DE #520), recommending that Defendant

Tarvus Daniels' Motion to Reduce Sentence re: Crack Cocaine Offense (DE #513) be denied.

No objections were timely filed. After a careful review of Mr. Daniels' Motion and the

arguments and legal authorities cited therein, the Court concludes that Magistrate Judge

Garber's Report and Recommendation is a thorough and accurate reflection of both the

record and the law at issue.

Accordingly, the Court being otherwise fully advised, it is **ORDERED, ADJUDGED**

**and DECREED** as follows:

    1.    Magistrate Judge Barry L. Garber's February 1, 2012 Report and

          Recommendation **(DE #520)** be, and the same is, hereby **AFFIRMED and**

          **ADOPTED.**

2.     Defendant Tarvus Daniels' Motion to Reduce Sentence re: Crack Cocaine

Offense **(DE #513)** be, and the same is, hereby **DENIED.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 16th day of February, 2012.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     Magistrate Judge Barry L. Garber

***Defendant***

**Tarvus Daniels**
Prisoner ID: 68355-004
Federal Correctional complex
PO Box 300 Low, Forrest City AZ
72336

***Counsel for Plaintiff***

**Robert J. Luck**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132

**Daren NMN Grove**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132